No. 89–1784. INSURANCE COMPANY OF THE STATE OF PENN-SYLVANIA ET AL. *v.* BEN COOPER, INC. C. A. 2d Cir. [Certiorari granted, 497 U. S. 1023.] Motion of United Missouri Bank of Kansas City, N. A., for leave to file a brief as *amicus curiae* granted. Motion of the United States for leave to intervene granted.

No. 90–315. IN RE MURGO ET AL. Petition for writ of mandamus denied.

No. 89–1717. FLORIDA *v.* BOSTICK. Sup. Ct. Fla. Certiorari granted.

No. 90–97. AMERICAN HOSPITAL ASSN. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari granted.

No. 90–333. LAMPF, PLEVA, LIPKIND, PRUPIS & PETIGROW *v.* GILBERTSON ET AL. C. A. 9th Cir. Certiorari granted.

No. 89–7645. HERNANDEZ *v.* NEW YORK. Ct. App. N. Y. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following questions:
"1. Whether a prosecutor's proffered explanation that prospective Latino jurors were struck from the venire because he suspected they might not abide by official translations of Spanish language testimony constitutes an acceptable 'race neutral' explanation under *Batson* v. *Kentucky*, 476 U. S. 79 (1986)?
"2. Where a trial court has accepted the prosecutor's proffered explanation as being race neutral, what standard of review is to be applied by reviewing courts?"

No. 90–5193. MU'MIN *v.* VIRGINIA. Sup. Ct. Va. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 90–5551. SCHAD *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.